

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | December 6, 2021 |
| U.S. v. KALEM L. BARBER 8:21MJ597 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | Donald J. Kleine, AUSA |

Be advised that the above named Defendant(s) is/are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐   Unseal the Indictment and any underlying Magistrate Case

☐   Unseal the Magistrate Case

☐   Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☒   Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**